IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-00720-NYW | Date: | November 29, 2016 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| SILO ROMERO, | *Andrew Stephen Petroski* |
| | *John Keith Killian* |
| **Plaintiff,** | |
| v. | |
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO., | *Neal J.G. McConomy* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 9:39 a.m.

Appearance of counsel.

Discussion held regarding Plaintiff's Motion to Hold the Trial in Grand Junction or, in the Alternative, to Allow the Western Slope Treating Medical Providers to Appear and Testify at Trial via Videoconference or via Telephone [62] filed November 3, 2016.

**ORDERED: Plaintiff's Motion to Hold the Trial in Grand Junction or, in the Alternative, to allow the Western Slope Treating Medical Providers to Appear and Testify at Trial via Videoconference or via Telephone [62] is GRANTED in PART and DENIED in PART. The trial will be held in Denver, and witnesses may be allowed to appear via videoconference or via telephone from Grand Junction, if available.**

**ORDERED: The Jury Trial set to begin on May 1, 2017, is VACATED and RESET to August 14, 2017, at 8:00 a.m. in Courtroom C-204 before Magistrate Judge Nina Y. Wang.**

Court in Recess: 9:50 a.m.          Hearing concluded.          Total time in Court:   00:11